FLETCHER & LEE
Elizabeth Fletcher, Esq.
Nevada Bar No. 10082
Cecilia Lee, Esq.
Nevada Bar No. 3344
448 Ridge Street
Reno, Nevada 89501
Telephone:  775.324.1011
Email: efletcher@fletcherlawgroup.com
Email: clee@fletcherlawgroup.com

Attorneys for SMC Construction, Co. | SMC Contracting, Inc.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>WILLIAM RUSSELL,<br><br>             Debtor. | Case No.: 22-50235-nmc<br><br>Chapter 7 Case<br><br>**CERTIFICATE OF SERVICE OF NOTICES OF SUBPOENA**<br><br>(NO HEARING REQUIRED) |

       Pursuant to Fed. R. Civ. P. 5(b), I certify under penalty of perjury that I am an employee of Fletcher & Lee, 448 Ridge Street, Reno, Nevada 89501, and that on August 10, 2022, I served the Notice of Subpoena to Custodian of Records, Operating Engineers Federal Credit Union (Records Only), Docket No. 40, and Notice of Subpoena to Custodian of Records, US Bank (Records Only), Docket No. 41, by ECF to all those persons listed on the United States Bankruptcy Court CM/ECF Confirmation Sheets, attached hereto as Exhibit A.

       DATED this 15th day of August, 2022.

                          /s/ Elizabeth Dendary, CP
                          ELIZABETH DENDARY, CP
                          Certified Paralegal

# EXHIBIT A

## File a Notice:

22-50235-nmc WILLIAM RUSSELL

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 3 (Reno) |
| Assets: n | Judge: nmc | Case Flag: BAPCPA, MEANSTMPEX, MEANSNO, HoldDischarge |

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from ELIZABETH A. FLETCHER entered on 8/10/2022 at 10:56 AM PDT and filed on 8/10/2022

**Case Name:**        WILLIAM RUSSELL
**Case Number:**      22-50235-nmc
**Document Number:** 40

**Docket Text:**
Notice *of Subpoena to Custodian of Records, Operating Engineers Federal Credit Union (Records Only)* Filed by ELIZABETH A. FLETCHER on behalf of SMC CONSTUCTION, CO./SMC CONTRACTING, INC. (FLETCHER, ELIZABETH)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Notice of Rule 2004 Subpoena.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/10/2022] [FileNumber=34572318-0
] [cdc3e5807b750eab3f9f596147860930a230c1d5c346adcd812606f48639f39f619
270aa259c20e881c8d10cc4c7ac5e4b1decd02bb7e1a438b7a503e3b37e9f]]

**22-50235-nmc Notice will be electronically mailed to:**

ELIZABETH A. FLETCHER on behalf of Creditor SMC CONSTUCTION, CO./SMC CONTRACTING, INC.
efletcher@fletcherlawgroup.com, edendary@fletcherlawgroup.com

KURT A. FRANKE on behalf of Creditor Ferguson Enterprises, LLC
kurt@lokaf.com

W. DONALD GIESEKE
wdg@renotrustee.com, dgieseke@ecf.axosfs.com

W. DONALD GIESEKE on behalf of Trustee W. DONALD GIESEKE
wdg@renotrustee.com, dgieseke@ecf.axosfs.com

STEPHEN R HARRIS on behalf of Debtor WILLIAM RUSSELL
steve@harrislawreno.com, hannah@harrislawreno.com;norma@harrislawreno.com

U.S. TRUSTEE - RN - 7
USTPRegion17.RE.ECF@usdoj.gov

**File a Notice:**

22-50235-nmc WILLIAM RUSSELL

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 3 (Reno) |
| Assets: n | Judge: nmc | Case Flag: BAPCPA, MEANSTMPEX, MEANSNO, HoldDischarge |

## U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Filing

The following transaction was received from ELIZABETH A. FLETCHER entered on 8/10/2022 at 10:57 AM PDT and filed on 8/10/2022

**Case Name:**     WILLIAM RUSSELL
**Case Number:**     22-50235-nmc
**Document Number:** 41

**Docket Text:**
Notice *of Subpoena to Custodian of Records, US Bank (Records Only)* Filed by ELIZABETH A. FLETCHER on behalf of SMC CONSTUCTION, CO./SMC CONTRACTING, INC. (FLETCHER, ELIZABETH)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Notice of Rule 2004 Subpoena.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/10/2022] [FileNumber=34572321-0
] [426b05df7935b64e7cbf69d441ea07da2ac86974b08559213340d63363444900bb3
acfe8f33f85502079c36aa18e7cfe5d70c3e36a40d70f2f676035b8265baa]]

**22-50235-nmc Notice will be electronically mailed to:**

ELIZABETH A. FLETCHER on behalf of Creditor SMC CONSTUCTION, CO./SMC CONTRACTING, INC.
efletcher@fletcherlawgroup.com, edendary@fletcherlawgroup.com

KURT A. FRANKE on behalf of Creditor Ferguson Enterprises, LLC
kurt@lokaf.com

W. DONALD GIESEKE
wdg@renotrustee.com, dgieseke@ecf.axosfs.com

W. DONALD GIESEKE on behalf of Trustee W. DONALD GIESEKE
wdg@renotrustee.com, dgieseke@ecf.axosfs.com

STEPHEN R HARRIS on behalf of Debtor WILLIAM RUSSELL
steve@harrislawreno.com, hannah@harrislawreno.com;norma@harrislawreno.com

U.S. TRUSTEE - RN - 7
USTPRegion17.RE.ECF@usdoj.gov

**22-50235-nmc Notice will not be electronically mailed to:**